IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING, STATE OF WYOMING
DOCKET NUMBER 2:26-CV-00191-KHR

---

**ABC IP, LLC, A DELAWARE LIMITED LIABILITY COMPANY; RARE BREED TRIGGER‡ INCORPORATED, A TEXAS CORPORATION; AND RBTM LLC, A WYOMING LIMITED LIABILITY COMPANY,**

Plaintiff,

vs.

**GREY MARKET RESEARCH & DEVELOPMENT, LLC, A WYOMING LIMITED LIABILITY COMPANY,**

Defendant,

---

## RETURN OF SERVICE

I, Dustin Looper, of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Summons in a Civil Action, Complaint for Patent and Trademark Infringement; Jury Trial Demand; Complaint for Patent Infringement; Jury Trial Demanded; Corporate Disclosure Statement Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure; and Civil Cover Sheet** and served the same at **30 North Gould Street, Suite R, (Registered Agents, Incorporated), Sheridan, Wyoming** on **June 26, 2026 at 2:35 p.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Heather Reynolds, Intake Specialist for Registered Agents as Registered Agent for Grey Market Research & Development.**

6. _____    Upon an Attorney of record or other Agent for Service.
7. __X__    Upon a corporation, by delivery of copies to their Registered Agent.
8. _____    A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

ABC v. Grey Market          1          2:26-CV-00191-KHR

Description of Person Served:

Sex:            Female                 Skin Color:    White
Height:         5'4 - 5'8              Weight:        161 - 200 Pounds
Hair Color:     Black
Age:            20's years old

I declare under the penalty of perjury that this information is true.


_____

**Dustin Looper**
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this ___/___ day of ~~June,~~ July 9, 23 2026 by **Dustin Looper.**


_____
Notary Public

My Commission Expires:

Cost of Service:    $75.00
Client's Name:      Koch Law - Cheyenne Office
Hearing Date:       21 Days After Service

J. REDFOX SPANG
Notary Public - State of Wyoming
Commission ID: 171750
My Commission Expires Oct. 8, 20

ABC v. Grey Market                    2                    2:26-CV-00191-KHR